AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mattice, Harry S. | U.S. District Court - EDTN | 08/10/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Joel W. Solomon Federal Bldg.
900 Georgia Avenue, Room 317
Chattanooga, TN 37402

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | Executor | Estate # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 08/10/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | The Speech Language Reading Center, PLLC - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 08/10/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 2. Mass Mutual Life Insurance Whole Life (2) | B | Interest | L | T | | | | | |
| 3. Northwestern Mutual Life Variable Comp Life | E | Dividend | M | T | | | | | |
| 4. Pacific Gas & Electric Common Stock (X) | A | Dividend | J | T | | | | | |
| 5. Allstate VA Variable Annuity II Policy (X) | A | Interest | K | T | | | | | |
| 6. MORGAN STANLEY BANK N.A. (X) | A | Dividend | K | T | | | | | |
| 7. FNMA REMIC TRUST 1991 SERIES 12 CLASS H OID (X) | A | Dividend | J | T | | | | | |
| 8. FHLMC REM TRUST 1991 SERIES 1128 CLASS 1B OID (X) | A | Dividend | J | T | | | | | |
| 9. FED NATL MTG ASSN STEP - 09/27/17 02.50 (X) | A | Dividend | J | T | | | | | |
| 10. MS U.S. GOVERNMENT SEC TR 1 (USGDX) (X) | A | Dividend | K | T | | | | | |
| 11. MSIF GROWTH I (MSEQX) (X) | A | Dividend | J | T | | | | | |
| 12. MSIF INTERNATIONAL EQUITY INST (MSIQX) (X) | A | Dividend | J | T | | | | | |
| 13. MSIF TR MID CAP GROWTH INST (MPEGX) (X) | A | Dividend | J | T | | | | | |
| 14. MSIF US REAL ESTATE INST (MSUSX) (X) | A | Dividend | J | T | | | | | |
| 15. BLACKROCK LOW DUR BD INV SVC (CMGBX) (X) | A | Dividend | K | T | | | | | |
| 16. E V INCOME FUND OF BOSTON I (EIBIX) (X) | A | Dividend | J | T | | | | | |
| 17. INVESCO COMSTOCK Y (ACSDX) (X) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. INVESCO EQUAL WGHTD S&P 500 Y (VADDX) (X) | A | Interest | J | T | | | | | |
| 19. INVESCO PREMIER INST (IPPXX) (X) | A | Interest | J | T | | | | | |
| 20. INVESCO SMALL CAP VALUE Y (VSMIX) (X) | A | Interest | J | T | | | | | |
| 21. (H) Trust #1: | | | | | | | | | |
| 22. Federated Tax-Free Obligs Funds | A | Interest | K | T | | | | | |
| 23. RidgeWorth Large Cap Value Equity | C | Dividend | M | T | | | | | |
| 24. RidgeWorth Large Cap Growth Fund | B | Dividend | | | Sold | 07/28/14 | K | D | |
| 25. Schroder US Small/Mid Cap Opportunity Fund-I | A | Dividend | K | T | | | | | |
| 26. T Rowe Price Institutional Large Cap Growth Fund-I | A | Dividend | L | T | | | | | |
| 27. Federated Strategic Value Equity Fund I | A | Dividend | K | T | | | | | |
| 28. Eaton Vance Atlanta Cap SMID-Cap I | A | Dividend | | | Sold | 07/28/14 | K | C | |
| 29. Manning & Napier World OPPTYS-A | A | Dividend | K | T | | | | | |
| 30. Oppenheimer Developing Mkts INSTL-Y | A | Dividend | K | T | | | | | |
| 31. Hartford Dividend & Growth - Y | A | Dividend | K | T | | | | | |
| 32. Neuberger Berman High Income BD-I | A | Interest | J | T | Sold (part) | 07/28/14 | K | A | |
| 33. PIMCO Emerging Local BD-I | A | Interest | J | T | | | | | |
| 34. Doubleline Total Return BD-I | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

| | NONE (No reportable income, assets, or transactions.) |
|---|---|

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. ISHARES Barclays 3-7 YR TREAS BD ETF | A | Interest | | | Sold | 07/30/14 | J | | |
| 36. Eaton Vance Floating Rate FD | A | Interest | K | T | Buy | 07/30/14 | K | | |
| 37. Osterweis Strategic Income FD | A | Interest | K | T | Buy | 07/30/14 | K | | |
| 38. Western Asset Mortgage Backed Securities FD | A | Interest | K | T | Buy | 07/30/14 | K | | |
| 39. BlackRock Global Long/Short Credit FD Instl | A | Interest | K | T | Buy | 07/30/14 | K | | |
| 40. (H) IRA #1 | | | | | | | | | |
| 41. American GR FD of America F1 (GFAFX) X | A | Dividend | J | T | | | | | |
| 42. Davis New York Venture A (NYVTX) X | A | Dividend | J | T | | | | | |
| 43. Delaware SMID CAP Growth A (DFCIX) X | A | Dividend | J | T | | | | | |
| 44. Deutsche Real Estate SEC A (RRRAX) (formerly DWS RREEF) | A | Dividend | J | T | | | | | |
| 45. Fidelity ADV DVRSFD INTL A (FDVAX) X | A | Dividend | J | T | | | | | |
| 46. INVESCO PREMIER PTF INSTL (IPPXX) X | A | Dividend | J | T | | | | | |
| 47. JP MORGAN MID CAP VALUE A (JAMCX) X | A | Dividend | J | T | | | | | |
| 48. VIRTUS MULTI SECT SHT TRM BD A (NARAX) X | A | Interest | J | T | | | | | |
| 49. WESTERN ASSET GLB HI YLD A (SAHYX) (formerly LEGG MASON) | A | Interest | | | Sold | 11/07/14 | J | | |
| 50. (H) Estate # 1 | | | | | | | | | |
| 51. Pacific Gas & Electric Common Stock (X) | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Allstate VA Variable Annuity II Policy (X) | A | Interest | | | | | | | |
| 53. SunTrust Bank Acct. (X) | A | Interest | | | | | | | |
| 54. MORGAN STANLEY BANK N.A. (X) | A | Dividend | | | | | | | |
| 55. FNMA REMIC TRUST 1991 SERIES 12 CLASS H OID (X) | A | Dividend | | | | | | | |
| 56. FHLMC REM TRUST 1991 SERIES 1128 CLASS 1B OID (X) | A | Dividend | | | | | | | |
| 57. FED NATL MTG ASSN STEP - 09/27/17 02.50 (X) | A | Dividend | | | | | | | |
| 58. MS U.S. GOVERNMENT SEC TR I (USGDX) (X) | A | Dividend | | | | | | | |
| 59. MSIF GROWTH I (MSEQX) (X) | A | Dividend | | | | | | | |
| 60. MSIF INTERNATIONAL EQUITY INST (MSIQX) (X) | A | Dividend | | | | | | | |
| 61. MSIF TR MID CAP GROWTH INST (MPEGX) (X) | A | Dividend | | | | | | | |
| 62. MSIF US REAL ESTATE INST (MSUSX) (X) | A | Dividend | | | | | | | |
| 63. BLACKROCK LOW DUR BD INV SVC (CMGBX) (X) | A | Dividend | | | | | | | |
| 64. E V INCOME FUND OF BOSTON I (EIBIX) (X) | A | Dividend | | | | | | | |
| 65. INVESCO COMSTOCK Y (ACSDX) (X) | A | Interest | | | | | | | |
| 66. INVESCO EQUAL WGHTD S&P 500 Y (VADDX) (X) | A | Interest | | | | | | | |
| 67. INVESCO PREMIER INST (IPPXX) (X) | A | Interest | | | | | | | |
| 68. INVESCO SMALL CAP VALUE Y (VSMIX) (X) | A | Interest | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 08/10/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MORGAN STANLEY BANK N.A. (CASH) Cash, BDP, and MMFs (X) | A | Interest | | | | | | | |
| 70. Contingent Bequest from Estate of Kathy Kindrick (X) | A | Interest | M | T | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Par III. A. Non-Investment Income.  All income earned during reporting period was salary as employee of U.S. Government.

Part VII.  Investments and Trusts.  Trust Assets listed as numbers 22 to 39  are a part of an Irrevocable Insurance Trust created by deceased ▮▮▮▮▮.

Part VII  Investment and Trusts.  IRA Assets listed as numbers 41 to 49  are part of an IRA inherited from a deceased relative.

Part VII.  Investment and Trusts.  Estate Assets listed as numbers 51 to 70 are part of an Estate of a deceased relative, for which Person Reporting served as an Executor.  Estate was opened May 14, 2014 and all but one asset (listed on Line 70) were distributed to beneficiaries of the Estate prior to December 31, 2014.  Assets of the Estate which were distributed to the Person Reporting as a Bequest from the Estate are listed on Lines 4 through 20 of the Report.

NOTE:  On 2013 Report, the items listed on Lines 11 and 22 of Schedule VII, Investments and Trusts, represent a duplication of the indentical asset.  The correct year end gross value of such asset, as reflected in box C.(1) is "L" as reflected on Line 11 of the 2013 Report, not "K" as reflected on Line 22.  For this 2014 Report, this same asset is listed once, on Line 26 of Schedule VII.

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 08/10/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harry S. Mattice**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544